**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In:
Miranda L.J. Cooper,   )   Case Number 19-09567
  Debtor(s)   )   Chapter 13
                   )   Judge Jack B. Schmetterer
                   )

## NOTICE OF OBJECTION TO CLAIM

To:   Tom Vaughn, Chapter 13 Trustee, 55 E Monroe, suite 3850, Chicago IL 60603 via electronic court notification

Miranda L.J. Cooper, 6605 S. Damen, Chicago IL 60636

City of Chicago Department of Finance, c/o Arnold Scott Harris P.C., 111 W Jackson Blvd, suite 600, Chicago IL 60604

Please take notice that on September 4, 2019, at 10:00 a.m., I shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 in the Federal Dirksen Building, 219 Dearborn Street, Chicago, Illinois and present the attached Objection To Claim 4-1 and 7-1 and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on July, 12, 2019 by US Mail, first class postage, pre-paid:

The Chapter 13 trustee listed above via electronic notice; and

Miranda L.J. Cooper, 6605 S. Damen, Chicago IL 60636

City of Chicago Department of Finance, c/o Arnold Scott Harris P.C., 111 W Jackson Blvd, suite 600, Chicago IL 60604

/s/ Ross H. Briggs
1525 East 53rd Street, suite 423
Chicago IL 60615
773-220-7007
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In:
Miranda L.J. Cooper,    )    Case Number 19-09567
  Debtor(s)    )    Chapter 13
                    )    Judge Jack B. Schmetterer
                    )

## **OBJECTION TO CLAIM 4-1 AND 7-1**

Now Comes Miranda L.J. Cooper, Debtor, by and through Debtor's legal counsel, and hereby moves this Honorable Court to enter an order regarding claim 4-1 and 7-1; Debtor states the following:

1. That on April 2, 2019, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 USC.

2. That this Honorable Court confirmed the Debtor's Chapter 13 plan May 29, 2019. Debtor's plan provides payment of $266.00 per month for 60 months and guarantees a dividend of 11% to general unsecured creditors.

3. That on June 27, 2019, Respondent City of Chicago Department of Finance filed its proof of claim 7-1 in which said creditor claims, inter alia, storage fees of $6,820.00, a tow fee of $150.00, collection cost of $2,247.54 and interest of $660.31 for Respondent's seizure, impoundment and, upon information and belief, destruction of debtor's 2002 Lexus ES300 ("vehicle").

4. That, at the time of the aforesaid actions of Respondent City, Debtor Miranda Cooper was a debtor in a prior Chapter 13 bankruptcy filed on July 8, 2016 under Case Number 16-21958, debtor's vehicle was encompassed within the bankruptcy estate, and debtor and her property were protected by the automatic stay.

5. That, the aforesaid actions of Respondent City were undertaken without seeking or obtaining modification of the automatic stay and, as such, violated 11 USC Section 362(a)(3). Further, Respondent's actions were willful, egregious and exhibited the bad faith of Respondent.

6. That, debtor denies owing debt to Respondent City of Chicago as a result of Respondent City's violation of the automatic stay; instead, debtor asserts that Respondent City of Chicago owes debtor substantial damages for its violation of the automatic stay as alleged with more specificity in the Adversary Complaint filed today in ***Miranda L.J. Cooper v. City of Chicago,*** Adv. Case Number 19-ap-00853.

7. Debtor also prays, pursuant to 11 USC Section 105, that this Court cancel all debt that debtor may owe Respondent City of Chicago as a sanction for respondent City of Chicago's willful, intentional and egregious violation of 11 USC Section 362(a)(3).

WHEREFORE, for the foregoing reasons, Debtor Miranda Cooper prays that this Court enter its Order denying Claim 4-1 and Claim 7-1 of Respondent City of Chicago.

Respectfully submitted,

/s/ Ross H. Briggs, Attorney for Debtor
1525 East 53rd Street, suite 423
Chicago IL 60615
773-220-7007