# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| IN RE:<br><br>**MIRANDA COOPER**, AND ALL OTHER DEBTORS LISTED ON THE ATTACHED LIST OF CASES. | CASE NO. 19-BK-09567, *ET AL*. |

## NOTICE OF ATTORNEY SUBSTITUTION

**PLEASE TAKE NOTICE**, that pursuant to Local Rule 2091-1, David Paul Holtkamp and Charles A. King, both of the same firm (the City of Chicago, Department of Law) hereby agree, as does the City, to substitute the appearance of David Paul Holtkamp with the appearance of Charles A. King, and withdraw the appearance of David Paul Holtkamp for the City of Chicago in the above case and the attached list of cases, as follows:

| **Appearance to be Withdrawn:** | **Appearance to be Substituted:** |
|---|---|
| David Paul Holtkamp | Charles A. King |
| City of Chicago, Law Dept. | City of Chicago, Law Dept. |
| 121 N. LaSalle St., Ste. 400 | 121 N. LaSalle St., Ste. 400 |
| Chicago, IL 60602 | Chicago, IL 60602 |

RESPECTFULLY SUBMITTED,

| /s/ David Paul Holtkamp | /s/ Charles A. King |
|---|---|
| David Paul Holtkamp | Charles A. King |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

# CASE LIST

| Case Name | Case No. |
|---|---|
| Miranda L.J. Cooper | 19-bk-09567 |
| Anthony Payne | 19-bk-10450 |
| Shuntavia D. Wigfall | 19-bk-20319 |
| LaToya T. Williams | 19-bk-21483 |
| Larae Dotson | 19-bk-21572 |
| Mary Fields | 19-bk-21673 |
| Cupree Howard | 19-bk-22444 |
| Reliable Galvanizing | 18-bk-29503 |