UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Bk No. 19-09567

In RE:  Miranda L J Cooper           )           Withdrawal of
                                     )
                                     )           PROOF OF CLAIM

City of Chicago withdraws its Proof of Claim filed on 06/27/2019 claim #7.

Dated: 10/18/2019

By: Jewell Stewart Lay